e. robert (bob) wallach (SBN 29078) erobertbob@sbcglobal.net
Lawyer-Counselor
Law Offices of e. robert (bob) wallach, P.C.
P. O. Box 2670
San Francisco, CA  94126-2670
155 Jackson Street, No. 602
San Francisco, CA  94111
Telephone:  (415) 989-6445
Facsimile:   (415) 989-3802

Alan L. Barry (*pro hac vice*) abarry@bellboyd.com
Amy O'Toole (*pro hac vice*) aotoole@bellboyd.com
Bell, Boyd & Lloyd LLC
Three First National Plaza
70 West Madison, Suite 3300
Chicago, IL  60602
Telephone:  (312) 372-1121
Fax: (312) 827-8000

*Attorneys for Plaintiff Sharper Image Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARPER IMAGE CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>KAZ, INC.,<br><br>            Defendant. | **Case No. 04-0529 CW**<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

   The parties in the above-captioned action are in the midst of settlement with only Defendant needing to sign the settlement documents.  To provide Defendant the time to do so, the parties agree to continue the case management conference from March 3, 2006, to March 31, 2006, at 1:30 P.M.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:   March 1, 2006

   /s/ Alan L. Barry (electronically signed and filed)
e. robert (bob) wallach (SBN 29078)
Lawyer-Counselor
Law Offices of e. robert (bob) wallach, P.C.
P. O. Box 2670
San Francisco, CA  94126-2670
155 Jackson Street, No. 602
San Francisco, CA  94111
Telephone:  (415) 989-6445

Alan L. Barry (*pro hac vice*)
Amy G. O'Toole (*pro hac vice*)
Bell, Boyd & Lloyd LLC
Three First National Plaza
70 West Madison, Suite 3300
Chicago, IL  60602
Telephone: (312) 372-1121
Fax: (312) 827-8000

*Attorneys for Plaintiff Sharper Image Corporation*

DATED:   March 1, 2006

   /s/ Pierre Yanney (electronically signed and filed)
Pierre Yanney
Darby & Darby
805 Third Avenue
New York, NY 10022
Fax: 212-753-6237

*Attorney for Defendant Kaz, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  3/2/06

/s/  CLAUDIA WILKEN
Hon. Judge Claudia Wilken
United States District Judge

2