~~EXHIBIT A~~

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION<br>Plaintiff,<br><br>v.<br><br>KAZ, INC.,<br>Defendant. | Case No. 04-0529 CW<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff-counterdefendant Sharper Image Corporation ("Sharper Image"), and Defendant-Counterplaintiff Kaz, Inc. ("Kaz") that pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., Sharper Image's remaining claims against Kaz and Kaz's remaining claims against Sharper Image in the above captioned action be, and hereby are, dismissed with prejudice. Sharper Image and Kaz agree and represent that:

1. Sharper Image and Kaz have entered into a confidential settlement agreement executed on March , 2 , 2006 ("Settlement Agreement").

2. This stipulation is expressly conditioned on the terms and conditions of the Settlement Agreement executed by the parties.

3. The Court shall retain jurisdiction, pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S. Ct. 1673 (1994) and the inherent authority of the Court to enforce its orders, over Sharper Image and Kaz and the subject matter of this action and the Settlement Agreement for purposes of construing and enforcing the Settlement Agreement,

including remedies for violation of said matters, and each party expressly reserves its rights to pursue the other parties for violation of said matters.

4. Each party will bear its own costs and attorneys' fees for this action.

Agreed To and Accepted By:

By:   /s/ Alan L. Barry  
    Alan L. Barry (pro hac vice)
    Amy G. O'Toole (pro hac vice)
    Bell Boyd & Lloyd LLC
    70 W. Madison St., Suite 3100
    Chicago, Illinois 60602
    (312) 372-1121
    Fax: (312) 827-8000

    e. robert (bob) wallach (SBN 29078)
    Lawyer-Counselor
    Law Offices of e. robert (bob) wallach, P.C.
    P. O. Box 2670
    San Francisco, CA 94126-2670
    155 Jackson Street, No. 602
    San Francisco, CA 94111
    (415) 989-6445

    Jeffrey W. Shopoff (SBN 46278)
    Shopoff & Cavallo LLP
    353 Sacramento Street, Suite 1040
    San Francisco, CA 94111
    (415) 984-1975

*Attorneys for*:
SHARPER IMAGE CORPORATION

By:   /s/ Pierre Yanney  
    Pierre Yanney
    Evan M. Bundis
    Richard J. Katz
    Robert S. Weisbein
    Darby & Darby
    805 Third Avenue
    New York, NY 10022
    (212) 527-7700
    Fax: 212-753-6237

    John P. Bovich
    Jonah D. Mitchell
    Reed Smith LLP
    Two Embarcadero Center Ste 2000
    San Francisco, CA 94111
    (415) 543-8700
    Fax: (415) 391-2869

*Attorneys for*:
KAZ, INC.

SO ORDERED this   23rd   day of   March  , 2006

                                                    United States District Judge